UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMAAL M. MAYES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:23-CV-11-TAV-SKL ) |
| ANDREW COYLE, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons expressed in the Memorandum and Order filed this day, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** as frivolous. 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

Because the Court **CERTIFIED** in its Memorandum and Order that an appeal from this decision would not be taken in good faith, the Court **DENIES** Plaintiff leave to proceed as a pauper on any subsequent appeal. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT